UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHANIE GRABOWSKI,

                Petitioner,

-against-

WARDEN MILLER, NYC DEPT. OF CORRECTION,

                Respondent.

24-CV-8888 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

      By order dated November 26, 2024, the Court directed Petitioner, within thirty days, to submit a completed request to proceed *in forma pauperis* ("IFP application") or pay the $5.00 filing fee required to file a petition for a writ of *habeas corpus* in this court. That order specified that failure to comply would result in dismissal of petition. Petitioner has not filed an IFP application or paid the fee. Accordingly, the petition is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

      Because the petition makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. *See* 28 U.S.C. § 2253.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

2

The Court directs the Clerk of Court to enter judgment in this case.

SO ORDERED.

Dated:   January 24, 2025
         New York, New York

                                          /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                          Chief United States District Judge